No. 85–1463. MARQUES v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 85–1545. BACA, COMMISSIONER OF PUBLIC LANDS OF THE STATE OF NEW MEXICO, ET AL. v. ROE ET AL. Sup. Ct. N. M. Certiorari denied.

No. 85–1569. DAMERON v. WASHINGTON MAGAZINE, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–1599. CITY OF SAN DIEGO ET AL. v. SPORTS ARENAS PROPERTIES ET AL. Sup. Ct. Cal. Certiorari denied.

No. 85–1611. ARNEBERGH v. E. F. HUTTON & CO., INC. C. A. 9th Cir. Certiorari denied.

No. 85–1616. TRANS RENT-A-CAR, INC. v. HERTZ CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1618. SLATTON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–1621. HON YIP, AKA YIP HON v. PAGANO. C. A. 3d Cir. Certiorari denied.

No. 85–1622. ANDERSON, FKA JENKINS v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 85–1640. DINEEN v. MAINE BOARD OF OVERSEERS OF THE BAR. Sup. Jud. Ct. Me. Certiorari denied.

No. 85–1643. STROH CONTAINER CO. v. DELPHI INDUSTRIES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–1655. KAISER GYPSUM CO., INC. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DEIGO (SAN DIEGO ASBESTOS LITIGATION PLAINTIFFS, REAL PARTIES IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.